UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JEAN HENRIQUEZ LIBRUN,

      Plaintiff,

v.                              Case No. 8:08-cv-2161-T-33MAP

JAIL WARDEN WASHBURN, et al.,

      Defendants.

## O R D E R

Plaintiff, an inmate at the Hernando County Jail, (HCJ) Brooksville, Florida, who is proceeding in forma pauperis and pro se, initiated this action by filing a 42 U.S.C. § 1983 civil rights complaint on October 28, 2008. The Court has undertaken a preliminary screening of Plaintiff's complaint in accord with 28 U.S.C. § 1915A. After doing so, the Court concludes that, for the following reasons, the claims in the complaint must be bifurcated and the complaint must be dismissed without prejudice to Librun's refiling his complaint(s), in two new cases.

Librun is an "I.C.E./DHS" detainee who was transferred from Glades County Detention Center to the Hernando County Jail per "I.C.E./DHS" contract on September 24, 2008. Librun claims that HCJ is preventing his mailing legal documents and refusing his requests to file grievances. He also claims that he received a "disciplinary action" during which he was not allowed to call witnesses, and that, as a result of the disciplinary action, was placed in confinement.

Librun further claims that the Defendant HCJ correctional officers and "Nurse Betty"

beat him, subjected him to excessive use of force, refused him medical care, and issued death threats.

## Discussion

On April 26, 1996, the President signed into law the Prison Litigation Reform Act (hereinafter PLRA) which amended 28 U.S.C. § 1915 by adding the following new subsection:

> (g)   In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Section 1915(g) requires this Court to consider prisoner actions dismissed before, as well as after, the enactment of the PLRA.  *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

This Court takes judicial notice of the Report and Recommendation entered by Magistrate Judge Sorrentino in the United States District Court for the Southern District of Florida recommending that Plaintiff Librun's case no. 98-2474-Civ-Lenard be dismissed because Plaintiff had incurred "three strikes" by filing 27 known cases that met the criteria of the statute. (A copy of the Report and Recommendation is attached).  On December 9, 1998, United States District Judge Lenard dismissed Librun's case "for the reasons stated in the Report of the Magistrate Judge and upon independent review of the file."

Because Plaintiff Librun had three or more prior dismissals, his application to proceed in forma pauperis will be denied as to all claims other than his claims that

Defendant HCJ correctional officers and "Nurse Betty" beat him, subjected him to excessive use of force, refused him medical care, and issued death threats.

Accordingly, the Court orders:

1. That Plaintiff's complaint is dismissed, without prejudice to his filing a new civil rights complaint form, in a new case, with a new case number, and paying the full $350.00 filing fee as to his claims that HCJ is preventing his mailing legal documents and refusing his requests to file grievances; and his claim that he received a "disciplinary action" during which he was not allowed to call witnesses, and as a result of the disciplinary action, was placed in confinement.

2. That Plaintiff may file a new civil rights complaint, in a new case, with a new case number, along with a new motion to proceed in forma pauperis as to his claims that HCJ correctional officers and Nurse Betty subjected him to beatings, excessive use of force, refusal of medical care, and death threats.

The Clerk is directed to enter judgment against Librun and to close this case.

ORDERED at Tampa, Florida, on November 4, 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Jean Henriquez Librun
Attachment